## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JENNIFER SEBOLT,

     Plaintiff,                             Case No. 1:23-cv-00250

v.                                      Hon. Jane M. Beckering

THE AMERICAN YOUTH FOUNDATION,

     Defendant.

| | |
|---|---|
| Noah S. Hurwitz (P74063) | William D. Howard (P36886) |
| Brendan J. Childress (P85638) | HOWARD LAW GROUP |
| HURWITZ LAW PLLC | Attorneys for Defendant |
| *Attorneys for Plaintiff* | 25 Ionia Avenue SW, Suite 230 |
| 340 Beakes St., Ste. 125 | Grand Rapids, MI 49503 |
| Ann Arbor, MI 48104 | (616) 235-6000 |
| (844) 487-9789 | bhoward@howardlawgr.com |
| noah@hurwitzlaw.com | |
| brendan@hurwitzlaw.com | |

### <u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>

     It is hereby stipulated, by and between counsel for Plaintiff JENNIFER SEBOLT, and Defendant THE AMERICAN YOUTH FOUNDATION, that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and without interest, costs, or attorneys' fees to any Party.

     IT IS HEREBY ORDERED, that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs or attorneys' fees to any Party.

     This order disposes of all claims and closes the case.

     IT IS SO ORDERED.

Dated: _____           _____

                                     Hon. Jane M. Beckering

Stipulated to by:

/s/ *Noah S. Hurwitz*                    /s/*William D. Howard*
Noah S. Hurwitz (P74063)            William D. Howard (P36886)
HURWITZ LAW PLLC                   HOWARD LAW GROUP
Attorney for Plaintiff                     Attorney for Defendant


Dated: August 30, 2023